JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALENZUELA, | Case No. CV 21-9374-GW-JPRx |
| Plaintiff, | |
| vs. | **ORDER** |
| COUNTY OF LOS ANGELES, et al., | Hon. George H. Wu |
| Defendants. | |

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The Stipulation of Dismissal is with prejudice and is signed by counsel for Plaintiff Ricardo Valenzuela, and counsel for Defendants County of Los Angeles and Deputies Remin Pineda and Bobby Olivares who have appeared in the action.

IT IS THEREFORE ORDERED that:

1.      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ricardo Valenzuela, and Defendants County of Los Angeles and Deputies Remin Pineda and

Bobby Olivares, by their respective attorneys, stipulate that this action is dismissed with prejudice.

2.      Each party shall bear his or its own attorney's fees, including attorney fees per 42 USC Section 1988, costs, and expenses incurred by or on behalf of said party in connection with this action.

**IT IS SO ORDERED.**

Date: November 30, 2023

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2

**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 North Central Boulevard, Glendale, California 91203.

 On November 30, 2023, I served the foregoing document described as **PROPOSED ORDER OF DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Willoughby & Associates
W. Anthony Willoughby, Esq.
Anthony W. Willoughby II, Esq.
200 Corporate Pointe, Suite 495
Culver City, CA 90230

I deposited such envelope with the U.S. Postal Service in Glendale, California, today in the ordinary course of business.  The envelope was mailed with postage thereon fully paid.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 Executed this 30th day of November 2023, at Glendale, California.

 I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Jodee M. Jones*
Jodee M. Jones

3